| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC as servicer for Wells Fargo Bank, N.A., as Trustee for the Holders of Bear Stearns ARM Trust Mortgage Pass-Through Certificates, Series 2007-3 |
| In Re:<br>    Kim, Sohui |

Order Filed on July 31, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No:   18-20037 SLM

Hearing Date: **July 24, 2018**

Judge: Stacey L. Meisel

| Recommended Local Form: | x | Followed | ☐ | Modified |
|---|---|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 31, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for Wells Fargo Bank, N.A., as Trustee for the Holders of Bear Stearns ARM Trust Mortgage Pass-Through Certificates, Series 2007-3</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 13.05 , Block 108 , 407 East Ave, Northvale NJ 07647-1314**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Sohui Kim  
    Debtor

Case No. 18-20037-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 01, 2018  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.  
db           +Sohui Kim,    407 East Avenue,    Northvale, NJ 07647-1314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:  
       Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.  
        trustee@stanzialelaw.com, nj45@ecfcbis.com  
       Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com  
       Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Holders of Bear Stearns ARM Trust Mortgage Pass-Through Certificates, Series 2007-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Holders of Bear Stearns ARM Trust Mortgage Pass-Through Certificates, Series 2007-3 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Leonard R Boyer    on behalf of Debtor Sohui   Kim lrbnjesq@gmail.com, lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                             TOTAL: 6