**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sohui Kim | Social Security number or ITIN  xxx−xx−7952 |
| | First Name   Middle Name   Last Name | EIN  __−_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ EIN  __−_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18−20037−SLM | |

# Order of Discharge                                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sohui Kim

8/17/18                                                                                          **By the court:**  Stacey L. Meisel
                                                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 18-20037-SLM
Sohui Kim                                                           Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 2          Date Rcvd: Aug 17, 2018
                              Form ID: 318              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db             +Sohui Kim,    407 East Avenue,    Northvale, NJ 07647-1314
517536230      +Englewood Hospital & Medical Center,    c/o Celentano Stadtmauer & Walentowicz,
                 1035 Route 46 West,    Clifton, NJ 07013-2468
517536231      +Green Tree Servicing,    c/o Stephen Einstein & Assoc.,    20 Vessey St, Suite 1406,
                 New York, NY 10007-4217
517536233      +Midland Funding,    c/o Pressler & Pressler, LLP.,    7 Entin Road,    Parsippany, NJ 07054-5020
517536237      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 Interanational Lane,
                 Madison, WI 53704-3121
517536239      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517536240      +Wells Fargo Bank,    c/o Pluese Becker & Saltzman, LLC.,    2000 Horizon Way, Suite 900,
                 Mount Laurel, NJ 08054-4303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: BECKLEE.COM Aug 18 2018 03:43:00      American Express National Bank,    Becket & Lee, LLP,
                 PO Box 3001,    Malvern, PA 19355-0701
cr             +EDI: RMSC.COM Aug 18 2018 03:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517536228      +EDI: RMCB.COM Aug 18 2018 03:43:00      AMCA/American Medical Collection Agency,
                 Attention: Bankruptcy,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
517571424       EDI: BECKLEE.COM Aug 18 2018 03:43:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517536229      +EDI: TSYS2.COM Aug 18 2018 03:43:00      Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
517536232      +EDI: IIC9.COM Aug 18 2018 03:43:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
517536234       E-mail/Text: bkdepartment@rtresolutions.com Aug 18 2018 00:16:39      Real Time Resolutions,
                 1349 Empire Central Drive, Suite 150,    Dallas, TX 75247-4029
517539951      +EDI: RMSC.COM Aug 18 2018 03:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517536235      +EDI: RMSC.COM Aug 18 2018 03:43:00      Synchrony Bank/Amazon,    Attn:  Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517536236       EDI: TFSR.COM Aug 18 2018 03:43:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
517536238      +EDI: VERIZONCOMB.COM Aug 18 2018 03:43:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Aug 17, 2018
                              Form ID: 318             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Holders of Bear Stearns ARM Trust Mortgage Pass-Through Certificates, Series 2007-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Holders of Bear Stearns ARM Trust Mortgage Pass-Through Certificates, Series 2007-3 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Leonard R Boyer    on behalf of Debtor Sohui  Kim lrbnjesq@gmail.com, lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                          TOTAL: 6