UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Sohui Kim**                          Case No.:        **18-20037-SLM**

                                               Chapter:         **7**

                                               Judge:           **Stacey L. Meisel**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| | United States Bankruptcy Court |
| | 50 Walnut Street |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on September 25, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of Property: **407 East Avenue, Northvale, New Jersey**

**Current  Market Value of Property:  $500,000.00**
**Estimated Cost of Sale:  $50,000.00**

Liens on property:  **Specialized Loan Servicing - $816,142.00**

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name:        Benjamin A. Stanziale, Jr., Trustee

Address:        29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-20037-SLM
Sohui Kim                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin          Page 1 of 2          Date Rcvd: Aug 24, 2018
                            Form ID: pdf905       Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
```
db         +Sohui Kim,    407 East Avenue,    Northvale, NJ 07647-1314
cr          American Express National Bank,    Becket & Lee, LLP,    PO Box 3001,    Malvern, PA 19355-0701
517571424   American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
            Malvern  PA 19355-0701
517536229  +Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517536230  +Englewood Hospital & Medical Center,    c/o Celentano Stadtmauer & Walentowicz,
            1035 Route 46 West,    Clifton, NJ 07013-2468
517536231  +Green Tree Servicing,    c/o Stephen Einstein & Assoc.,    20 Vessey St, Suite 1406,
            New York, NY 10007-4217
517536232  +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517536233  +Midland Funding,    c/o Pressler & Pressler, LLP.,    7 Entin Road,    Parsippany, NJ 07054-5020
517536236  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517536237  +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 Interanational Lane,
            Madison, WI 53704-3121
517536239  +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517536240  +Wells Fargo Bank,    c/o Pluese Becker & Saltzman, LLC.,    2000 Horizon Way, Suite 900,
            Mount Laurel, NJ 08054-4303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2018 23:26:48    U.S. Attorney,    970 Broad St.,
            Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2018 23:26:46    United States Trustee,
            Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
            Newark, NJ 07102-5235
cr         +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2018 23:32:04
            Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517536228  +E-mail/Text: bkrpt@retrievalmasters.com Aug 24 2018 23:26:45
            AMCA/American Medical Collection Agency,    Attention: Bankruptcy,
            4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
517536234  +E-mail/Text: bkdepartment@rtresolutions.com Aug 24 2018 23:26:59    Real Time Resolutions,
            1349 Empire Central Drive, Suite 150,    Dallas, TX 75247-4029
517539951  +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2018 23:32:04    Synchrony Bank,
            c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517536235  +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2018 23:32:04    Synchrony Bank/Amazon,
            Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517536238  +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 24 2018 23:25:56
            Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
            Weldon Springs, MO 63304-2225
                                                                          TOTAL: 8
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                    Signature:   /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Aug 24, 2018
                             Form ID: pdf905           Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Holders of
           Bear Stearns ARM Trust Mortgage Pass-Through Certificates, Series 2007-3 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the
           Holders of Bear Stearns ARM Trust Mortgage Pass-Through Certificates, Series 2007-3
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Leonard R Boyer    on behalf of Debtor Sohui  Kim lrbnjesq@gmail.com,
           lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6